Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge WILSON taking no part.

In the Matter of YAHAIRA RIVERA, Appellant, v ELIZABETH R. BERLIN, Respondent, et al., Respondents.

Submitted December 12, 2016; decided February 14, 2017

Motion by The Legal Aid Society et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge WILSON taking no part.

In the Matter of WALTER J. ROACHE, Appellant, v ANN MARIE T. SULLIVAN, as Commissioner of Mental Health, Respondent.

Submitted December 19, 2016; decided February 14, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge WILSON taking no part.

GASPER A. TIRONE et al., Cotrustees of GASPER A. TIRONE AND ELAINE E. TIRONE TRUST, Respondents, v DEBORAH A. BUCZEK, Appellant, et al., Defendants.

Submitted December 12, 2016; decided February 14, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the